**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**STEPHANIE WOOLDRIDGE,**

    **Plaintiff,**

                                        Civil Action 2:14-cv-1139
    **v.**                                          **Judge Algenon L. Marbley**
                                          **Magistrate Judge Elizabeth P. Deavers**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

**ORDER**

    The parties' Joint Stipulation for an Award of Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, requesting an award to Plaintiff of attorney fees in the amount of $7,300.00 and costs in the amount of $400.00, is **GRANTED**.  (ECF No. 19.) Accordingly, Plaintiff is **AWARDED** attorneys' fees, expenses, and costs in the amount of **$7,700.00**, payable to Plaintiff.  If Plaintiff does not owe a debt to the United States, the Government should honor an assignment of Plaintiff's EAJA fees to his counsel.

    **IT IS SO ORDERED.**

                                                                             s/Algenon L. Marbley
                                                                        **ALGENON L. MARBLEY**
                                                                    **UNITED STATES DISTRICT COURT**

**DATED: January 4, 2016**